Case 1:14-cv-03821-GBD Document 9 Filed 11/04/14 Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/14
```

**MEMO ENDORSED**

August 8, 2014

Southern District Court Of New York
500 Pearl Street Room 200
New York, New York 10017

Re: Bankruptcy case # 14-10437alg (SDNY). Tyrone Wallace
    Civil case # 14-CV3821(GBD) (FM)

Attention Magistrare Frank Mass,

Enclosed is the decision and order from the Bankruptcy court. The bankruptcy court denied motion to dismiss on bad faith and motion to lIft stay.

I just learned of the order from your court and am respectfully asking this court for an extension of several weeks of time. I have identified counsel and need some time to finalize arrangement with counsel and have them file an amended complaint.

My apologies for not forwarding within ten days and I ask that you a acceptt the attached order as it was sent to me from my bankruptcy attorney on July 31, 2014. (See attached).

Thank you.
Sincerely,
*Tyrone A. Wallace*
Tyrone Wallace

*[Handwritten endorsement:]* Since this matter remains stayed, there is no need for me to approve or disapprove this request. If Mr. Wallace retains counsel who enters an appearance, I will conference this case.
/s/ Frank Maas, USMJ, 11/3/14