USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TYRONE WALLACE, et al., :

          Plaintiffs, :

   -against- : **ORDER**

AMERICAN SOCIETY OF COMPOSERS, : 14cv3821-GBD-FM
AUTHORS & PUBLISHERS, et al.,
    :
          Defendants.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      On July 23, 2014, I stayed the above captioned matter pending the resolution of an automatic stay in a bankruptcy action in the Southern District of New York, Bankruptcy Court. (ECF No. 7). Despite the passage of more than two years, the bankruptcy action apparently remains pending, see In re Wallace, No. 14-10437 (ALG) (S.D.N.Y. Bankr.), and no further action has been taken in this case. Accordingly, the Clerk of the Court is directed to close the reference.

      SO ORDERED.

Dated:    New York, New York
            August 16, 2016

                                          FRANK MAAS
                               United States Magistrate Judge